IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: ERNEST LEE WALTON    CASE NO. 01-12873 SECTION A

## TRANSMITTAL OF UNCLAIMED FUNDS

PAUL N. DEBAILLON, trustee of this estate, reports the following:

1. More than ninety days having passed since the trustee issued checks in payment of unsecured claims, said checks have never been presented to the bank for payment. The unnegotiated distribution checks were issued on 6/23/06 and the amounts of such checks are:

| NAME AND ADDRESS | AMOUNT OF UNCLAIMED FUNDS |
|---|---|
| Claim #5<br>Tenet Physician<br>PO Box 844851<br>Dallas TX 75284 | $ 168.77 |
| Claim #8<br>Riverbend Radiology<br>PO Box 1827<br>Harvey LA 70059 | 140.22 |
| Claim #11<br>Louisiana Surgical Institute<br>4400 General Meyer Ave Suite 408<br>New Orleans LA 70131 | 31.82 |
| Claim #12<br>Creative Cooks Kitchen<br>PO Box 650375<br>Dallas TX 75265 | 34.04 |
| Claim #17<br>Carla Lemon MD<br>3204 W Metairie Ave, Suite B<br>Metairie LA 70002 | 33.58 |
| Claim #20<br>NCO Financial Systems Inc<br>PO Box 41774<br>Philadelphia PA 19101 | 273.58 |

| | |
|---|---:|
| Claim #24<br>Central Financial Control<br>One Seine Court Suite 200<br>New Orleans LA 70114 | $1,402.05 |
| Claim #25<br>Central Financial Control<br>One Seine Court Suite 200<br>New Orleans LA 70114 | 1,514.66 |
| Claim #28<br>Southern Credit Recovery Inc<br>PO Box 8710<br>Metairie LA 70011 | 91.73 |
| Claim #5I<br>Tenet Physician<br>PO Box 844851<br>Dallas TX 75284 | 34.73 |
| Claim #8I<br>Riverbend Radiology<br>PO Box 1827<br>Harvey LA 70059 | 28.86 |
| Claim #11I<br>Louisiana Surgical Institute<br>4400 General Meyer Ave Suite 408<br>New Orleans LA 70131 | 6.55 |
| Claim #12I<br>Creative Cooks Kitchen<br>PO Box 650375<br>Dallas TX 75265 | 7.01 |
| Claim #17I<br>Carla Lemon MD<br>3204 W Metairie Ave, Suite B<br>Metairie LA 70002 | 6.91 |
| Claim #20I<br>NCO Financial Systems Inc<br>PO Box 41774<br>Philadelphia PA 19101 | 56.31 |

| | |
|---|---|
| Claim #24I<br>Central Financial Control<br>One Seine Court Suite 200<br>New Orleans LA 70114 | 288.55 |
| Claim #25I<br>Central Financial Control<br>One Seine Court Suite 200<br>New Orleans LA 70114 | 311.73 |
| Claim #28I<br>Southern Credit Recovery Inc<br>PO Box 8710<br>Metairie LA 70011 | 18.88 |

    2. A check in the amount of $4,449.98 payable to the Clerk, US Bankruptcy Court, is attached to this report and list.

LAFAYETTE, LOUISIANA, THIS 27TH DAY OF SEPTEMBER, 2006.

_____
PAUL N. DEBAILLON, TRUSTEE

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS  171

1-2 / 210

TID #380012
PAUL N. DEBAILLON
201-A TRAVIS STREET
P.O. BOX 51387
LAFAYETTE LA 70505

| Case | Debtor |
|---|---|
| 01-12873 TMB | WALTON, ERNEST LEE |
| 312925638068 | WALTON, ROBBIE CHAISSON |
| UNCLAIMED FUNDS | |

Date 09/27/2006    $ *******4,449.98

~~~Four Thousand Four Hundred Forty-Nine Dollars and 98/100

Pay to the Order of   CLERK US BANKRUPTCY COURT

Trustee

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈000000171⑈ ⑆021000021⑆ 312925638068⑈