# United States Bankruptcy Court
## Eastern District of Louisiana

To: Brian J. Dilks  
     Dilks & Knopik, LLC

Case Number: 01-12873

Debtor(s): Ernest Lee & Robbie Chaisson Walton

Chapter: 7

## NOTICE OF DEFICIENCY

Your **Motion for Payment of Unclaimed Funds** is deficient for the following reason(s):

☒     The Judge has requested the original Power of Attorney .

For further procedural information or questions regarding unclaimed funds, please contact the Finance Section of the Clerk's Office @ (504) 589-7862.

By: Robert A. Seuzeneau  
Deputy Clerk

Date: 5/25/2011